(December 29, 2017)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADAM SMITH, Appellant. [66 NYS3d 140]—Appeals by the defendant, as limited by his motion, from two sentences of the Supreme Court, Kings County (Martin Murphy, J.), both imposed January 21, 2016, upon his pleas of guilty, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed.

The record of the plea proceeding does not demonstrate that the defendant knowingly, voluntarily, and intelligently waived his right to appeal, and thus, the purported waivers of the defendant's right to appeal are not enforceable (*see People v Simon*, 153 AD3d 1435 [2017]; *People v Colon*, 153 AD3d 550 [2017]; *People v Head*, 147 AD3d 1083 [2017]; *People v Bynum*, 142 AD3d 1183 [2016]; *People v Burnett-Hicks*, 133 AD3d 773 [2015]). Nevertheless, the sentences imposed were not exces-

sive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Chambers, Sgroi, Maltese and Connolly, JJ., concur.